WOODWARD LUMBER COMPANY *v.* VAN ORMER & SON.

HILL, J. This case is controlled by the decisions in the cases of *Pike Lumber Co.* v. *Mitchell*, 132 *Ga.* 675 (64 S. E. 998, 26 L. R. A. (N. S.) 409), and *Rome Brick Co.* v. *West*, 134 *Ga.* 65 (67 S. E. 400). It follows that the court did not err in sustaining the demurrer to the petition.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

FEBRUARY 10, 1915.

Complaint. Before Judge Hammond. Richmond superior court. September 30, 1913.

*James M. Hull Jr.* and *Lansing B. Lee*, for plaintiff.

*Pierce Brothers*, for defendants.